**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COURTNEY PEEK, | ) | |
| | ) | Case No.: _____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SYNCHRONY FINANCIAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Defendant Synchrony Bank, improperly sued as Synchrony Financial ("Synchrony"), by counsel, pursuant to 28 U.S.C. Sections 1331 and 1446, hereby notices removal of the state court civil action known as *Peek v. Synchrony Financial*, Civil Action No. CPU4-19-001816, from the Court of Common Pleas for the State of Delaware, New Castle County, to the United States District Court for the District of Delaware, and in support thereof states as follows:

1.      On or about May 13, 2019, Plaintiff Courtney Peek ("Plaintiff") filed a Complaint against Synchrony in the Court of Common Pleas for the State of Delaware, (the "State Court"), Civil Action No. CPU4-19-001816.   In compliance with 28 U.S.C. Section 1446, a true and correct copy of the Complaint and all process, pleadings, and orders served upon Synchrony are attached hereto as **Exhibit 1**.

2.      Except for the notice filed with respect to this Notice of Removal, as of the date of this filing, no pleadings, motions, or papers other than the Complaint have been filed in the State Court in this action.

3.      As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. Section 1446 because Synchrony has satisfied the procedural requirements for

removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

**I.     Synchrony Has Satisfied the Procedural Requirements for Removal.**

4.     Plaintiff served a copy of the Summons and Complaint to Synchrony via its registered agent on or about June 5, 2019.  *See* Exhibit 1.  Therefore, this Notice of Removal is timely filed under 28 U.S.C. Section 1446(b) because Synchrony is filing its Notice of Removal within 30 days of its receipt of the initial pleading setting forth the claim for relief upon which this action is based.

5.     No previous request has been made for the relief requested herein.

6.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the State Court Clerk.

**II.    Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

7.     Under 28 U.S.C. § 1331, United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America.  *See* 28 U.S.C. § 1331.

8.     Here, Plaintiff's Complaint purports to assert a claim against Defendant for alleged violations of the Fair Credit Billing Act, 15 U.S.C. Section 1601 *et seq.* (the "FCRA") and the Truth in Lending Act, 15 U.S.C. Section 1665 (the "TILA").  *See* Exhibit 1.

9.     Plaintiff's Complaint alleges violations of federal statutes, the FCRA and TILA, and consequently "arises under" the laws of the United States.  *See* 28 U.S.C. § 1331.  Therefore, this Court may properly exercise jurisdiction over this claim.  *See* 28 U.S.C. § 1446.

10.    To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. Section 1367.

11.    Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Synchrony, by counsel, respectfully requests that the above-referenced action, originally filed in the Court of Common Pleas for the State of Delaware, be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated: June 25, 2019

Respectfully Submitted:

REED SMITH LLP

*/s/ Justin M. Forcier*
Justin M. Forcier (Bar No. 6155)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
jforcier@reedsmith.com

*Counsel for Synchrony Bank*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of June 2019, a true and correct copy of the

foregoing was served via Certified Mail/Return Receipt Requested:

Courtney Peek
Plaintiff, *pro se*
928 Foothills Parkway
Gainesville, GA 30501

*/s/ Justin M. Forcier*
Justin M. Forcier (Bar No. 6155)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
jforcier@reedsmith.com